UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA :

-v-

BRYAN COWAN, :

Defendant. :

------------------------------------------------------------X

**REVISED SCHEDULING ORDER**

25-cr-576 (SHS)

**SIDNEY H. STEIN, District Judge**:

WHEREAS, upon the defendant's motion, and with the consent of the Government, **IT IS HEREBY ORDERED THAT**:

The time for the defendant to file any motions is extended from September 11, 2026, to **October 26, 2026**. The Government should respond by **November 9, 2026**. Any reply is due **November 16, 2026**. The control date for the next conference remains on **October 9, 2026,** at **11:00 a.m.**

**SO ORDERED.**

**Dated:** **New York, New York**
**September 10, 2026**

**Sidney H. Stein**
**United States District Judge**