UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA, : 25-cr-576 (SHS)

-v- :

BRYAN COWAN, : ORDER

Defendant. :

-----------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant Bryan Cowan having filed a request for a new attorney [Doc. No. 145],

IT IS HEREBY ORDERED that there will be a conference on November 2, 2026, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
March 13, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.