UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-Cr-576 (SHS) |
| -against- | : | ORDER |
| BRYAN COWAN, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

Defendant having filed a request for new counsel [Doc. No. 145],

IT IS HEREBY ORDERED that:

1. Robert Soloway is appointed to represent the defendant pursuant to the Criminal Justice Act; and

2. Michael D. Bradley is relieved as counsel pursuant to the Criminal Justice Act.

Dated: New York, New York
November 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.